FILED

2014 NOV 24 PM 2: 14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ TH _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

EDEN ALICANEDO AGUILASOCHO,

        Defendant

Case No.: 13CR2113-WQH

**JUDGMENT AND ORDER TO DISMISS THE INDICTMENT**

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

**IT IS HEREBY ORDERED** that the above captioned Indictment (Crim. case #:13CR2113-WQH), as it specifically pertains to defendant EDEN ALICANEDO AGUILASOCHO, is hereby dismissed, without prejudice.

**IT IS FURTHER ORDERED** that all other currently pending court dates, as they relate to defendant EDEN ALICANEDO AGUILASOCHO, be vacated.

DATED: November 21, 2014

_____
HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE